UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS GLENDON ALLEN,

    Plaintiff,

v.                                             Case No.:  5:24-cv-275-DNF

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____

## OPINION AND ORDER

This matter is before the Court on the Unopposed Motion for Entry of Judgment with Remand. (Doc. 16). The parties consented to proceed before a Magistrate Judge for all proceedings. (Doc. 1). The Commissioner of Social Security asks this Court to remand this case for further administrative proceedings, which includes on remand directing the administrative law judge to offer Plaintiff an opportunity for a hearing and to issue a new decision. Plaintiff does not oppose the relief requested. Thus, the Court will grant the motion.

Accordingly, it is **ORDERED**:

(1)     The Unopposed Motion for Entry of Judgment with Remand (Doc. 16) is **GRANTED.**

(2)    Pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed, and this case is remanded to the Commissioner for further administrative proceedings as directed above.

(3)    The Clerk of Court is directed to enter judgment, terminate any pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida on September 30, 2024.

*[signature]*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties